831 A.2d 597

**Keith H. GEORGE, Appellant**

v.

**Jeffrey A. BEARD, Secretary Pennsylvania Department of Corrections, et. al., Appellees.**

Supreme Court of Pennsylvania.

Sept. 11, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of September, 2003, probable jurisdiction is noted and the order appealed is affirmed.